LIBER 53138 PAGE 384 0131213

LIBER 53138 PAGE 384
$21.00 MISC RECORDING
$4.00 REMONUMENTATION
$5.00 AUTOMATION
08/15/2019 01:44:05 PM RECEIPT# 92304
PAID RECORDED - Oakland County, MI
Lisa Brown, Clerk/Register of Deeds

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS

2019 AUG 15 PM 1:32

# CLAIM OF LIEN

NOTICE IS HEREBY GIVEN that on or about **September 1, 2018**, **Northern Home Improvement Inc, 1040 Mak Tech Dr., Lansing, MI 48906**, first provided labor or material for an improvement to a property located in the City of Farmington Hills, County of Oakland, State of Michigan and described as follows:

See Legal Description attached as Exhibit A

And more commonly known as **The Retreat at Farmington Hills, 27517 Gateway Dr., E., Farmington Hills, MI 48334.**

The owner of such property is **Pepper Pike Capital Partners,** whose address is 200 Park Avenue, Ste 410, Orange Village, OH 44122, and the general contractor is **Pepper Pike Construction, LLC** whose address is 200 Park Avenue, Ste 410, Orange Village, OH 44122,. The last day of providing the labor or material was **July 16, 2019**.

The lien claimant's contract amount, including extras, is **$2,812,600.73**. The lien claimant has received payment on the contract in the total amount of **$2,459,000.00** and therefore claims a construction lien on the above-described real property in the amount of **$353,600.73**.

4P

LIEN CLAIMANT

By /s/ [signature]
**Kevin McIntyre, President**
**Northern Home Improvement Inc**
**1040 Mak Tech Dr., Lansing, MI 48906**

Date: 8/15/2019

Exhibit A

OKLB

STATE OF MICHIGAN
CLINTON COUNTY

Signed and sworn to **before me in Clinton County, Michigan,** on **August** 15, **2019**, by **Kevin McIntyre, President of Northern Home Improvement, Inc.**, a Michigan corporation, on behalf of the Corporation.

__________________________
Notary Public
State of Michigan, County of Clinton
**Acting in** Clinton **County, Michigan**
My commission expires 2/21/2025

Drafted by and when recorded return to:
**Kevin McIntyre**
Northern Home Improvement, Inc.
1040 Mak Tech Drive
Lansing MI 48906

**PROOF OF SERVICE**

Lisa Stacey, being duly sworn, states that on August 15, 2019, she caused to be served a copy of the foregoing Claim of Lien upon:

Pepper Pike Capital Partners
200 Park Avenue, Ste 410
Orange Village, OH 44122

Pepper Pike Construction, LLC
200 Park Avenue, Ste 410
Orange Village, OH 44122

The Claim of Lien was served by mailing to said person(s) at the address indicated by certified mail, return receipt requested, with sufficient postage thereon.

By /s/ ______________________
**Kevin McIntyre, President**
**Northern Home Improvement Inc**
**1040 Mak Tech Dr., Lansing, MI 48906**

Date: 8/15/2019

STATE OF MICHIGAN
CLINTON COUNTY

Signed and sworn to **before me in Clinton County, Michigan,** on **August** 15, **2019**, by **Kevin McIntyre, President of Northern Home Improvement, Inc.**, a Michigan corporation, on behalf of the Corporation.

______________________
Notary Public
State of Michigan, County of Clinton
**Acting in** Clinton **County, Michigan**
My commission expires 2/21/2025

**Exhibit A – Legal Description**

A part of the Northeast ¼ of Section 14, Town 1 North, Range 9 East, City of Farmington Hills, Oakland County, Michigan, more particularly described as:

Commencing at the Northeast corner of said Section 14; thence North 89 degrees 20 minutes 30 seconds West, 566.31 feet, along the North line of said Section 14 and the centerline of Twelve Mile Road, to the Point of Beginning; thence South 00 degrees 39 minutes 30 seconds West, 220.00 feet; thence South 89 degrees 20 minutes 30 seconds East, 262.28 feet; thence South 00 degrees 24 minutes 45 seconds West, 437.00 feet; thence South 88 degrees 58 minutes 05 seconds East, 245.00 feet, to the West line of Middlebelt Road (60 feet ½ right-of-way); thence South 00 degrees 24 minutes 45 seconds West, 100.01 feet, along the West line of said Middlebelt Road; thence North 88 degrees 58 minutes 05 seconds West, 345.10 feet; thence South 00 degrees 24 minutes 45 seconds West, 1349.00 feet; thence North 89 degrees 20 minutes 30 seconds West, 61.04 feet; to a point on the Northerly line of I-696; thence North 64 degrees 22 minutes 00 seconds West, 942.91 feet, along the Northerly line of said I-696; thence due North, 1707.34 feet, to the North line of said Section 14 and the centerline of said Twelve Mile Road; thence South 89 degrees 20 minutes 30 seconds East, 765.13 feet, along the North line of said Section 14 and the centerline of said Twelve Mile Road, to the Point of Beginning.

EXCEPTING therefrom the Northerly 60.00 feet as conveyed to the Board of County Commissioners, Oakland County, as recorded in Liber 6475, Page 644.

23-14-226-028