waynecountymi-web.tylerhost.net/web/search/DOCSEARCH582S1

Apps | Imported From IE | Employment Law A... | GNGF Dashboard | Lexis Advance® - S... | ActBlue — Sign in t... | Combine PDF – Onl... | The best infographi... | Copier Remote Acc... | Other bookmarks

**Wayne County Register of Deeds**
Self Service

Home

| | |
|---|---|
| CLAIM OF LIEN | 2 |
| DISCHARGE | 1 |
| NOTICE OF COMMENCEMENT | 1 |
| RELEASE | 1 |

Apply Filter(s)

D 2018177643 • DISCHARGE • 05/17/2018 09:18 AM

| Liber/Page (2) | Grantor | Grantee | Legal/Notes (6) |
|---|---|---|---|
| L: 54412 P: 1006 | K KERN PAINTING LLC | APM MANAGEMENT LLC | Twnship: 2 Range: 8 Sec: 1 Qtr: NE Muni... |

C 2018157396 • CLAIM OF LIEN • 04/23/2018 02:48 PM

| Liber/Page (3) | Grantor | Grantee | Legal/Notes (6) |
|---|---|---|---|
| L: 54371 P: 1235 | K KERN PAINTING LLC | APM MANAGEMENT LLC | Twnship: 2 Range: 8 Sec: 1 Qtr: NE Muni... |

R 2018061010 • RELEASE • 03/19/2018 10:30 AM

| Liber/Page (3) | Grantor | Grantee (2) | Legal/Notes (6) |
|---|---|---|---|
| L: 54268 P: 1281 | GOLD STAR COMMERCIAL INC | APM MANAGEMENT | Twnship: 2 Range: 8 Sec: 1 Qtr: NE Rema... |

C 2018030107 • CLAIM OF LIEN • 02/05/2018 01:24 PM

| Liber/Page (2) | Grantor | Grantee (4) | Legal/Notes (6) |
|---|---|---|---|
| L: 54203 P: 1077 | GOLD STAR COMMERCIAL INC | APM MANAGEMENT | Twnship: 2 Range: 8 Sec: 1 Qtr: NE Muni... |

N 2018029959 • NOTICE OF COMMENCEMENT • 02/02/2018 09:42 AM

| Liber/Page (3) | Grantor | Grantee | Legal/Notes (6) |
|---|---|---|---|
| L: 54203 P: 515 | CROSSING OWNER LLC | APM MANAGEMENT LLC | Twnship: 2 Range: 8 Sec: 1 Qtr: NE Muni... |

Back

Exhibit B

waynecountymi-web.tylerhost.net/web/search/DOCSEARCH582S1

Apps | Imported From IE | Employment Law A... | GNGF Dashboard | Lexis Advance® - S... | ActBlue — Sign in t... | Combine PDF – Onl... | The best infographi... | Copier Remote Acc... | Other bookmarks

**Wayne County Register of Deeds**
Self Service

Home

Use Advanced Name Searching (What is this?)

Recent searches | Clear Selections | Search

Description (2)

| | |
|---|---|
| ASSIGNMENT | 1 |
| NOTICE | 1 |

Apply Filter(s)

**Showing page 1 of 1 for 2 Total Results**

**Name Search Both Names contains any (PEPPER PIKE ACQUISITION ASSOC LLC, PEPPER PIKE CONSTRUCTION LLC)**

N 2019244437 • NOTICE • 08/19/2019 03:45 PM

| Liber/Page (5) | Grantor (5) | Grantee | Legal/Notes |
|---|---|---|---|
| L: 55223 P: 1270 | PEPPER PIKE ACQUISITION ASSOC LLC | PEPPER PIKE CONSTRUCTION LLC | Liber: 76 Page: 66 Subd: SUPERVISORS ... |

A 2019244435 • ASSIGNMENT • 08/19/2019 03:45 PM

| Liber/Page (12) | Grantor (5) | Grantee | Legal/Notes |
|---|---|---|---|
| L: 55223 P: 1254 | PEPPER PIKE ACQUISITION ASSOC LLC | HOME SAVINGS BANK | Liber: 76 Page: 66 Subd: SUPERVISORS ... |

Back